

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00702-CR & 04-14-00703-CR

Charlotte A. **LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR5723 & 2103CR5724
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, it is ORDERED that these appeals are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 19, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle, Clerk